

**FILED**

May 31 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ gloriav          DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY # 420
SAN DIEGO. CA  92101

**'22CV0798 DMS BGS**

US                                                                  plaintiff (Respondant)


v.          Rule 60 (d) 3, Petition to VACATE CRIMINAL CASE
            #3:08-cr-31 (JMH), for FRAUD ON THE COURT


MICHAEL SMITH (pro se)                              defendant (Petitioner)

***************************

Comes Petitioner, Michael Smith without counsel, asking this court to VACATE, this criminal case, from the Eastern District of Kentucky, I have been told that for FRAUD ON THE COURT, and corruption in the original district and circuit, I can file this Rule 60 (d) 3, in another district asking for justice, the record speaks for it's self.  I have filed in the Eastern District of Kentucky and 6th Circuit Court of Appeals 14 times asking an evidentiary hearings and for them to vacate this case, No. 3:08-cr-31 (JMH). They DENIED everytime, but not for having a TRUE BILL OF INDICTMENT, because they only have a NO BILL OF INDICTMENT, the federal grand jury, DECLINED TO INDICT. The grand jury RETURNED a NO BILL OF

1

INDICTMENT.

But we had a 5 week trial and I spent about 9 years in Federal Prison Camp. WRONGFUL CONVICTION, THE WORST FRAUD ON THE COURT in US history. The most UNCONSTITUTIONAL case in US History. The WORST CIVIL RIGHTS VIOLATION IN US History.

There is NO JUSTICE IN THE 6th CIRCUIT COURT for me or my family. So I am asking a different court to VACATE this CASE. The Postal Inspector testified she started this case in 2003 (Almost 20 years, this has been going on, much too long, there was never a crime by us, just a coverup of the court). All I am asking is to give me justice.

My WRIT OF ERROR was denied by the 6th Circuit Court because I'm on paper-probation for 14 more months, but this court does not have JURISDICTION TO HOLD ME, and everything the court has done to me has been a crime. The trial was nothing but FRAUD ON THE COURT, Lies, misleading the jury and the jury was forced to find us guilty, after the judge put it in a hot room and would not let it go home until there was a verdict, the jury was kept that day about 18 hours, and at least one juror was planted by the prosecutor so there was no justice. Our lawyers were working for the government the entire time, nothing but a show trial, they all knew there

2

was no indictment but said nothing, filed nothing to stop it, there was no

crime. WRONGFUL CONVICTION.

I Respectfully ask this court to VACATE this case 3:08-cr-31 (JMH),

and order payment of the true damages plus punitive damages.

True damages for the loss of oil and gas properties is $360 million, and

punitive damages I will take Freesimple Land Deeded to me.

Michael Smith
486 Delbar Lane
Lancaster, KY  40444
(859) 304-2136

*Michael Smith 5-24-22*

*4-25-22*

### CERTIFICATE OF SERVICE
This is to ceritfy that a true and accurate copy of this foregoing was
mailed postage prepaid to the following.

Michael Smith

US Attorney's Office for the
Southern District of California
San Diego, CA  921001

*4-25-22*

*Michael Smith 5-24-22*

*re sending*
*Friday May - 20 - 2022*

*Michael Smith*

*sent 4-25-22 but CA did Not*
*Get been pulled out of Mail again*
*ms*